**File Hashes for IP Address 71.178.27.100**

**ISP:** Verizon Online, LLC
**Physical Location:** Germantown, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/25/2015 11:18:57 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 06/24/2015 02:14:31 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack #116 |

**Total Statutory Claims Against Defendant: 133**

EXHIBIT A

MD517